# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC REINSTADTLER, )<br>)<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>)<br>BAYONE URETHANE SYSTEMS )<br>LLC, BAYER MATERIALSCIENCE )<br>LLC, POLYONE COPRORATION, an )<br>Ohio Corporation, GREGORY S. BABE, )<br>an individual, SCOTT G. BROWN, an )<br>individual, JERRY MACCLEARY, an )<br>individual, BARRY A. PHILLIPS, an )<br>individual, GARY RECK, an individual, )<br>SUSANNA WAYT, an individual, )<br>STEPHEN D. NEWLIN, an individual, )<br>FARAH M. WALTERS, an individual, )<br>J. DOUGLAS CAMPBELL, an individual, )<br>)<br>Defendants. ) | Civil Action No. |

## NOTICE OF REMOVAL

To:   The Honorable Judges of this Court

BayOne Urethane Systems, LLC, Bayer Material Science, LLC, PolyOne Corporation, Gregory S. Babe, Scott G. Brown, Jerry MacCleary, Barry A. Phillips, Gary Reck, Susanna Wayt, Stephen D. Newlin, Farah M. Walters, and Douglas Campbell, being all of the defendants in the above-named action, give notice, in accordance with 28 U.S.C. §1446(a), of removal of this case from the Court of Common Pleas of Allegheny County, Pennsylvania in which court the case was commenced on January 3, 2007 by the filing of a Complaint, docketed at Civil No. GD-07-95.  Defendants are filing this Notice

of Removal within 30 days of the date of their receipt of the complaint by service on Bayer MaterialScience LLC on January 16, 2007. A copy of the Complaint is annexed as Exhibit A. On January 16, 2007, Defendants Bayer Material Science, LLC, Gregory S. Babe, Scott G. Brown, Jerry MacCleary, Barry A. Phillips, Gary Reck, Susanna Wayt accepted service of the Complaint, and a copy their acceptance of service is annexed as Exhibit B. Returns or acceptances of service for the other defendants have not been filed of record in the Court of Common Pleas, but those defendants have given their consent to this removal. On February 7, 2007, plaintiff filed a Praecipe to Reinstate the Complaint, a copy of which is annexed as Exhibit C. No other process, pleadings, or orders have been filed before removal.

**Statement of Grounds for Removal**. In the Complaint, plaintiff alleges that defendant BayOne Urethane Systems, LLC was his employer; that he was given an Employee Handbook which included a "Severance Benefits" policy, that, at the time of his termination on November 29, 2005, he earned 36 weeks of severance benefits under BayOne's "Severance Benefits" policy, and that he was denied benefits in violation of the "Severance Benefits" policy. Although the Complaint states that the Handbook is attached, neither the Handbook nor the Severance Pay Plan was actually attached. The Severance Pay Plan of Bayone Urethane Systems, LLC involves the exercise of discretion to determine eligibility. It is, therefore, an employee welfare benefit plan, as that term is defined in Section 3 (1) of the Employee Retirement Income Security Act of 1974 ("ERISA"). 29 U.S.C. § 1002 (1) Although the Complaint denominates the severance pay claim as being grounded in a state law claim for breach of contract, an employer-provided severance benefits program is a welfare benefit plan governed by

2

ERISA, and the plaintiff's claim for benefits under the plan may be maintained under Section 502 (a)(1)(B) of ERISA, 29 U.S.C. § 1132 (a)(1)(B), so the state law cause of action is preempted completely by Section 514(a) of ERISA. 29 U.S.C. § 1144 (a). Therefore, this is a case over which this Court would have original jurisdiction pursuant to 28 U.S.C. §1331, and the severance pay claim is removable under 28 U.S.C. §1441(b). The pendant state law claim is removable as part of the case pursuant to 28 U.S.C. § 1441 (c).

**Notice to State Court and Plaintiff**. Written notice of removal will be given to plaintiff through his counsel of record and a copy of the Notice of Removal will be filed with the Prothonotary of the court of Common Pleas for Allegheny County, Pennsylvania.

Respectfully Submitted,

       s/John J. Myers       
John J. Myers
Pa. I.D. No. 23596
Kimberly C. Craver
Pa. I.D. No. 90017
Eckert Seamans Cherin & Mellott, LLC
Firm No. 075
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
(412) 566-5900
jmyers@eckertseamans.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Removal was served by mailing same by first class mail on February 9, 2007 to the parties listed below:

Anthony C. Mengine, Esquire
Chiurazzi and Mengine, LLC
Allegheny Building, Suite 1000
429 Forbes Avenue
Pittsburgh, PA 15219


       John J. Myers
John J. Myers